**Fill in this information to identify the case:**

Debtor 1: Franceli Salgado; aka Maria Ayala; aka Maria Salgado

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 17-03939

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust

Court claim no. (if known): 1-2

Last 4 digits of any number you use to identify the debtor's account: 7 6 0 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: 04 / 24 / 2018

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 3/17/2019, 4/17/2019, 5/17/2019, 6/17/2019, 7/17/2019, and 8/17/2019 | (1) | $ 225.30 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  **Franceli Salgado**
First Name    Middle Name    Last Name

Case number *(if known)* 17-03939

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jon J. Lieberman
Signature

Date  09 / 05 / 2019

Print:  **Jon J. Lieberman**
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number    Street
Loveland, OH 45140
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation

Loan History - General

| Loanid | | | Borrower: SALGADO | | | | Telephone: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Am |
| 11/29/2018 | 11/29/2018 | 5/1/2017 | New Loan | | 0 | 0 | $.00 | $144,340.66 | $144,340.66 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 11/30/2018 | 11/30/2018 | 5/1/2017 | Other Fee Assessment | | 96 | 0 | ($4,158.15) | $.00 | $144,340.66 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 11/30/2018 | 11/30/2018 | 5/1/2017 | Other Fee Assessment | | 212 | 0 | ($382.12) | $.00 | $144,340.66 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 11/30/2018 | 11/30/2018 | 5/1/2017 | Other Fee Assessment | | 13 | 0 | ($198,919.58) | $.00 | $144,340.66 | $198,919.58 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 11/30/2018 | 11/30/2018 | 5/1/2017 | Other Fee Assessment | | 95 | 0 | ($102.45) | $.00 | $144,340.66 | $198,919.58 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 11/30/2018 | 11/30/2018 | 5/1/2017 | Escrow Adjustment | | 0 | 0 | ($27,996.04) | $.00 | $144,340.66 | $198,919.58 | $.00 | $.00 | $.00 | $.00 | ($27,996.04) | ($27,996.04) | $.00 | $.00 |
| 11/28/2018 | 11/30/2018 | 5/1/2017 | Unapplied Payment | 3000-47-BB | 0 | 4169 | $401.98 | $.00 | $144,340.66 | $198,919.58 | $.00 | $401.98 | $401.98 | $.00 | ($27,996.04) | $.00 | $.00 | $.00 |
| 11/28/2018 | 11/30/2018 | 5/1/2017 | Stipulation Unapplied Pmt | 3000-47-BB | 0 | 4170 | $6,641.38 | $.00 | $144,340.66 | $198,919.58 | $.00 | $.00 | $7,043.36 | $.00 | ($27,996.04) | $.00 | $.00 | $.00 |
| 12/11/2018 | 12/20/2018 | 5/1/2017 | Unapplied Payment | 3000-47-BB | 0 | 7203 | $1,314.42 | $.00 | $144,340.66 | $198,919.58 | $.00 | $1,314.42 | $8,357.78 | $.00 | ($27,996.04) | $.00 | $.00 | $.00 |
| 12/11/2018 | 12/21/2018 | 5/1/2017 | Unapplied Payment | 45-PA | 0 | 7374 | ($1,181.53) | $.00 | $144,340.66 | $198,919.58 | $.00 | ($1,181.53) | $7,176.25 | $.00 | ($27,996.04) | $.00 | $.00 | $.00 |
| 12/11/2018 | 12/21/2018 | 5/1/2017 | Regular Payment | 45-PA | 0 | 7375 | $1,181.53 | $201.88 | $144,138.78 | $198,919.58 | $481.14 | $.00 | $7,176.25 | $498.51 | ($27,497.53) | $.00 | $.00 | $.00 |
| 1/17/2019 | 1/17/2019 | 1/1/2019 | Late Charge Assess | | 0 | 0 | ($34.15) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $7,176.25 | $.00 | ($27,497.53) | ($34.15) | $34.15 | $.00 |
| 1/25/2019 | 1/25/2019 | 6/1/2017 | Stipulation Unapplied Pmt | 45-BC | 0 | 12479 | ($6,641.38) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($27,497.53) | $.00 | $34.15 | $.00 |
| 1/25/2019 | 1/25/2019 | 6/1/2017 | Other Fee Payment | 45-BC | 96 | 12479 | $4,158.15 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($27,497.53) | $.00 | $34.15 | $.00 |
| 1/25/2019 | 1/25/2019 | 6/1/2017 | Escrow Only Payment | 45-BC | 0 | 12479 | $2,483.23 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $2,483.23 | ($25,014.30) | $.00 | $34.15 | $.00 |
| 2/8/2019 | 2/11/2019 | 6/1/2017 | Stipulation Unapplied Pmt | 3000-47-BB | 0 | 14608 | $1,314.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $1,849.29 | $.00 | ($25,014.30) | $.00 | $34.15 | $.00 |
| 2/11/2019 | 2/11/2019 | 6/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-BC) | 0 | 14704 | $1,314.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $3,163.71 | $.00 | ($25,014.30) | $.00 | $34.15 | $.00 |
| 2/11/2019 | 2/12/2019 | 6/1/2017 | Stipulation Unapplied Pmt | 45-PA | 0 | 14788 | ($1,314.42) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $1,849.29 | $.00 | ($25,014.30) | $.00 | $34.15 | $.00 |

*Contains Customer Private Information - handle securely.*

SN Servicing Corporation

**Loan History - General**

| Date 1 | Date 2 | Date 3 | Description | Code | Col6 | Col7 | Amount 1 | Amount 2 | Bal 1 | Bal 2 | Col12 | Col13 | Col14 | Col15 | Col16 | Col17 | Col18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/11/2019 | 2/12/2019 | 6/1/2017 | Other Fee Payment | 45-PA | 212 | 14788 | $382.12 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $1,849.29 | $.00 | ($25,014.30) | $.00 | $34.15 | $.00 |
| 2/11/2019 | 2/12/2019 | 6/1/2017 | Escrow Only Payment | 45-PA | 0 | 14788 | $932.30 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $1,849.29 | $932.30 | ($24,082.00) | $.00 | $34.15 | $.00 |
| 2/12/2019 | 2/12/2019 | 6/1/2017 | Prepetition Unapplied Pmt | 45-PA | 0 | 14790 | ($1,314.42) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($24,082.00) | $.00 | $34.15 | $.00 |
| 2/12/2019 | 2/12/2019 | 6/1/2017 | Escrow Only Payment | 45-PA | 0 | 14790 | $1,314.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $1,314.42 | ($22,767.58) | $.00 | $34.15 | $.00 |
| 2/13/2019 | 2/13/2019 | 3/1/2019 | Tax Bill 1 Disbursement | Property Tax-021319tt1 | 30 | 14963 | ($2,690.28) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | ($2,690.28) | ($25,457.86) | $.00 | $34.15 | $.00 |
| 2/15/2019 | 2/15/2019 | 6/1/2017 | Investor Loan Sale | | 0 | 15225 | $.00 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($25,457.86) | $.00 | $34.15 | $.00 |
| 2/15/2019 | 2/15/2019 | 6/1/2017 | Inv Loan Purchase | | 0 | 15225 | $.00 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($25,457.86) | $.00 | $34.15 | $.00 |
| 2/17/2019 | 2/17/2019 | 2/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($25,457.86) | ($37.55) | $71.70 | $.00 |
| 3/8/2019 | 3/8/2019 | 6/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-BC) | 0 | 18039 | $1,314.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $1,849.29 | $.00 | ($25,457.86) | $.00 | $71.70 | $.00 |
| 3/8/2019 | 3/8/2019 | 6/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 18008 | ($1,314.42) | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $.00 | ($25,457.86) | $.00 | $71.70 | $.00 |
| 3/8/2019 | 3/8/2019 | 6/1/2017 | Escrow Only Payment | 45-BC | 0 | 18008 | $1,314.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $.00 | $534.87 | $1,314.42 | ($24,143.44) | $.00 | $71.70 | $.00 |
| 3/8/2019 | 3/11/2019 | 6/1/2017 | Unapplied Payment | 3000-47-BB | 0 | 18466 | $3,792.42 | $.00 | $144,138.78 | $198,919.58 | $.00 | $3,792.42 | $4,327.29 | $.00 | ($24,143.44) | $.00 | $71.70 | $.00 |
| 3/11/2019 | 3/11/2019 | 6/1/2017 | Unapplied Payment | 45-BB | 0 | 18258 | ($3,612.65) | $.00 | $144,138.78 | $198,919.58 | $.00 | ($3,612.65) | $714.64 | $.00 | ($24,143.44) | $.00 | $71.70 | $.00 |
| 3/11/2019 | 3/11/2019 | 6/1/2017 | Regular Payment | 45-BB | 0 | 18258 | $1,181.53 | $202.56 | $143,936.22 | $198,919.58 | $480.46 | $.00 | $714.64 | $498.51 | ($23,644.93) | $.00 | $71.70 | $.00 |
| 3/11/2019 | 3/11/2019 | 7/1/2017 | Regular Payment | 45-BB | 0 | 18258 | $1,181.53 | $203.23 | $143,732.99 | $198,919.58 | $479.79 | $.00 | $714.64 | $498.51 | ($23,146.42) | $.00 | $71.70 | $.00 |
| 3/11/2019 | 3/11/2019 | 8/1/2017 | Regular Payment | 45-BB | 0 | 18258 | $1,249.59 | $182.14 | $143,550.85 | $198,919.58 | $568.94 | $.00 | $714.64 | $498.51 | ($22,647.91) | $.00 | $71.70 | $.00 |
| 3/17/2019 | 3/17/2019 | 3/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $.00 | ($22,647.91) | ($37.55) | $109.25 | $.00 |
| 4/8/2019 | 4/8/2019 | 9/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 22940 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $2,029.06 | $.00 | ($22,647.91) | $.00 | $109.25 | $.00 |
| 4/9/2019 | 4/9/2019 | 9/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 23060 | ($1,314.42) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $.00 | ($22,647.91) | $.00 | $109.25 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

**Loan History - General**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/2019 | 4/9/2019 | 9/1/2017 | Escrow Only Payment | 45-BC | 0 | 23060 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $1,314.42 | ($21,333.49) | $.00 | $109.25 | $.00 |
| 4/17/2019 | 4/17/2019 | 4/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($21,333.49) | ($37.55) | $146.80 | $.00 |
| 5/9/2019 | 5/9/2019 | 9/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 28267 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $2,029.06 | $0.00 | ($21,333.49) | $.00 | $146.80 | $.00 |
| 5/9/2019 | 5/9/2019 | 9/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 28340 | ($1,314.42) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($21,333.49) | $.00 | $146.80 | $.00 |
| 5/9/2019 | 5/9/2019 | 9/1/2017 | Other Fee Payment | 45-BC | 95 | 28340 | $102.45 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($21,333.49) | $.00 | $146.80 | $.00 |
| 5/9/2019 | 5/9/2019 | 9/1/2017 | Escrow Only Payment | 45-BC | 0 | 28340 | $1,211.97 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $1,211.97 | ($20,121.52) | $.00 | $146.80 | $.00 |
| 5/17/2019 | 5/17/2019 | 5/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($20,121.52) | ($37.55) | $184.35 | $.00 |
| 6/3/2019 | 6/3/2019 | 9/1/2017 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($20,121.52) | $.00 | $184.35 | $.00 |
| 6/17/2019 | 6/17/2019 | 6/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($20,121.52) | ($37.55) | $221.90 | $.00 |
| 6/18/2019 | 6/18/2019 | 9/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 33502 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $2,029.06 | $0.00 | ($20,121.52) | $.00 | $221.90 | $.00 |
| 6/18/2019 | 6/18/2019 | 9/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 33535 | ($1,314.42) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($20,121.52) | $.00 | $221.90 | $.00 |
| 6/18/2019 | 6/18/2019 | 9/1/2017 | Escrow Only Payment | 45-BC | 0 | 33535 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $1,314.42 | ($18,807.10) | $.00 | $221.90 | $.00 |
| 7/12/2019 | 7/12/2019 | 9/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-PA) | 0 | 35825 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $2,029.06 | $0.00 | ($18,807.10) | $.00 | $221.90 | $.00 |
| 7/16/2019 | 7/16/2019 | 9/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 36071 | ($1,314.42) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($18,807.10) | $.00 | $221.90 | $.00 |
| 7/16/2019 | 7/16/2019 | 9/1/2017 | Escrow Only Payment | 45-BC | 0 | 36071 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $1,314.42 | ($17,492.68) | $.00 | $221.90 | $.00 |
| 7/16/2019 | 7/16/2019 | 8/1/2019 | Tax Bill 2 Disbursement | Property Tax-071619-tt | 30 | 36138 | ($4,387.85) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | ($4,387.85) | ($21,880.53) | $.00 | $221.90 | $.00 |
| 7/17/2019 | 7/17/2019 | 7/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $0.00 | ($21,880.53) | ($37.55) | $259.45 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

**Loan History - General**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2019 | 8/15/2019 | 9/1/2017 | Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-PA) | 0 | 39453 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $2,029.06 | $.00 | ($21,880.53) | $.00 | $259.45 | $.00 |
| 8/15/2019 | 8/15/2019 | 9/1/2017 | Prepetition Unapplied Pmt | 45-BC | 0 | 39369 | ($1,314.42) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $.00 | ($21,880.53) | $.00 | $259.45 | $.00 |
| 8/15/2019 | 8/15/2019 | 9/1/2017 | Escrow Only Payment | 45-BC | 0 | 39369 | $1,314.42 | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $1,314.42 | ($20,566.11) | $.00 | $259.45 | $.00 |
| 8/17/2019 | 8/17/2019 | 8/1/2019 | Late Charge Assess | | 0 | 0 | ($37.55) | $.00 | $143,550.85 | $198,919.58 | $.00 | $.00 | $714.64 | $.00 | ($20,566.11) | ($37.55) | $297.00 | $.00 |
| | | | | Totals: | | | ($216,517.91) | $145,130.47 | | | $2,010.33 | $714.64 | | ($20,566.11) | | ($297.00) | | $.00 |

*Contains Customer Private Information - handle securely.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-03939 |
| Franceli Salgado<br>  *aka* Maria Ayala<br>  *aka* Maria Salgado | Chapter 13 |
| Debtor. | Hon. Judge Donald R. Cassling |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 5, 2019, before the hour of 5:00 p.m.

    David Ratowitz, Debtor's Counsel
    david@ratowitzlawgroup.com

    Tom Vaughn, Chapter 13 Trustee
    ecf@tvch13.net

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Franceli Salgado, Debtor
    2342 N Springfield Ave
    Chicago, IL 60647-2220

| | |
|---|---|
| Dated: September 5, 2019 | Respectfully Submitted, |
| | /s/ Jon J. Lieberman |
| | Jon J. Lieberman (OH 0058394)<br>Sottile & Barile, Attorneys at Law<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com<br>Attorney for Creditor |