**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Franceli Salgado |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern  District of IL (State) |
| Case number | 17-03939 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7601

**Date of payment change:**
Must be at least 21 days after date of this notice: 11 / 01 / 2020

**New total payment:** $ 1,547.83
Principal, interest, and escrow, if any

---

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 513.06        New escrow payment: $ 796.75

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

**Part 3: Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1  **Franceli Salgado**
          First Name   Middle Name   Last Name

Case number (*if known*) 17-03939

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 09 / 24 / 2020

Print:  Michelle R. Ghidotti-Gonsalves
        First Name   Middle Name   Last Name

Title AUTHORIZED AGENT

Company  Ghidotti Berger LLP

Address  1920 Old Tustin Ave
         Number       Street
         Santa Ana, CA 92705
         City                State   ZIP Code

Contact phone ( 949 ) 427 – 2010

Email bknotifications@ghidottiberger.com

Official Form 410S1   **Notice of Mortgage Payment Change**   page **2**

SN Servicing Corporation                                           Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 22, 2020

SANTOS SALGADO                                                                           Loan: ▇▇▇▇▇
FRANCELI SALGADO
C/O RATOWITZ LAW GROUP                                    Property Address:
222 MERCHANDISE MART PLAZA                                2342 NORTH SPRINGFIELD AVENUE
CHICAGO IL  60654                                         CHICAGO, IL  60647

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Feb 2019 to Oct 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 751.08 | 751.08 ** |
| Escrow Payment: | 513.06 | 796.75 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,264.14 | $1,547.83 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2020 |
| Escrow Balance: | (1,396.37) |
| Anticipated Pmts to Escrow: | 513.06 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($883.31) |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,062.99 | (25,014.30) |
| Feb 2019 | 531.23 | | | | * | | 2,594.22 | (25,014.30) |
| Feb 2019 | | 2,246.72 | | | * | Escrow Only Payment | 2,594.22 | (22,767.58) |
| Feb 2019 | | | | 2,690.28 | * | County Tax | 2,594.22 | (25,457.86) |
| Mar 2019 | 531.23 | 1,495.53 | 2,594.22 | | * | Utilities Tax | 531.23 | (23,962.33) |
| Mar 2019 | | 1,314.42 | | | * | Escrow Only Payment | 531.23 | (22,647.91) |
| Apr 2019 | 531.23 | | | | * | | 1,062.46 | (22,647.91) |
| Apr 2019 | | 1,314.42 | | | * | Escrow Only Payment | 1,062.46 | (21,333.49) |
| May 2019 | 531.23 | | | | * | | 1,593.69 | (21,333.49) |
| May 2019 | | 1,211.97 | | | * | Escrow Only Payment | 1,593.69 | (20,121.52) |
| Jun 2019 | 531.23 | | | | * | | 2,124.92 | (20,121.52) |
| Jun 2019 | | 1,314.42 | | | * | Escrow Only Payment | 2,124.92 | (18,807.10) |
| Jul 2019 | 531.23 | | | | * | | 2,656.15 | (18,807.10) |
| Jul 2019 | | 1,314.42 | | | * | Escrow Only Payment | 2,656.15 | (17,492.68) |
| Jul 2019 | | | | 4,387.85 | * | County Tax | 2,656.15 | (21,880.53) |
| Aug 2019 | 531.23 | | 2,286.28 | | * | Utilities Tax | 901.10 | (21,880.53) |
| Aug 2019 | | 1,314.42 | | | * | Escrow Only Payment | 901.10 | (20,566.11) |
| Sep 2019 | 531.23 | | | | * | | 1,432.33 | (20,566.11) |
| Sep 2019 | | 17,802.34 | | | * | Escrow Only Payment | 1,432.33 | (2,763.77) |
| Oct 2019 | 531.23 | 3,078.36 | | | * | | 1,963.56 | 314.59 |
| Oct 2019 | | | | 1,557.61 | * | Homeowners Policy | 1,963.56 | (1,243.02) |
| Nov 2019 | 531.23 | 513.06 | 1,494.25 | | * | Homeowners Policy | 1,000.54 | (729.96) |
| Dec 2019 | 531.23 | 513.06 | | | * | | 1,531.77 | (216.90) |
| Jan 2020 | 531.23 | | | | * | | 2,063.00 | (216.90) |
| Feb 2020 | | 513.06 | | | * | | 2,063.00 | 296.16 |

Page 1

| Month | | | | | |
|---|---|---|---|---|---|
| Feb 2020 | | 3,893.37 | * County Tax | 2,063.00 | (3,597.21) |
| Mar 2020 | 1,026.12 | | | 2,063.00 | (2,571.09) |
| Mar 2020 | 513.06 | | * | 2,063.00 | (2,058.03) |
| Mar 2020 | 513.06 | | * | 2,063.00 | (1,544.97) |
| Apr 2020 | 513.06 | | * | 2,063.00 | (1,031.91) |
| May 2020 | 513.06 | | * | 2,063.00 | (518.85) |
| Jun 2020 | 513.06 | | * | 2,063.00 | (5.79) |
| Jul 2020 | 513.06 | | * | 2,063.00 | 507.27 |
| Jul 2020 | | 2,929.76 | * County Tax | 2,063.00 | (2,422.49) |
| Aug 2020 | 513.06 | | * | 2,063.00 | (1,909.43) |
| Sep 2020 | 513.06 | | * | 2,063.00 | (1,396.37) |
| | | | Anticipated Transactions | 2,063.00 | (1,396.37) |
| Oct 2020 | 513.06 | | | | (883.31) |
| | $6,374.76  $39,589.86 | $6,374.75  $15,458.87 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 6,374.75.  Under Federal law, your lowest monthly balance should not have exceeded 1,062.46 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 22, 2020

SANTOS SALGADO                                                                                              Loan: ██████

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (883.31) | 2,657.38 |
| Nov 2020 | 698.40 | 1,557.61 | Homeowners Policy | (1,742.52) | 1,798.17 |
| Dec 2020 | 698.40 | | | (1,044.12) | 2,496.57 |
| Jan 2021 | 698.40 | | | (345.72) | 3,194.97 |
| Feb 2021 | 698.40 | | | 352.68 | 3,893.37 |
| Mar 2021 | 698.40 | 3,893.37 | County Tax | (2,842.29) | 698.40 |
| Apr 2021 | 698.40 | | | (2,143.89) | 1,396.80 |
| May 2021 | 698.40 | | | (1,445.49) | 2,095.20 |
| Jun 2021 | 698.40 | | | (747.09) | 2,793.60 |
| Jul 2021 | 698.40 | | | (48.69) | 3,492.00 |
| Aug 2021 | 698.40 | 2,929.76 | County Tax | (2,280.05) | 1,260.64 |
| Sep 2021 | 698.40 | | | (1,581.65) | 1,959.04 |
| Oct 2021 | 698.40 | | | (883.25) | 2,657.44 |
| | $8,380.80 | $8,380.74 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 698.40.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,396.79 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (883.31).  Your starting balance (escrow balance required) according to this analysis should be $2,657.38.  This means you have a shortage of 3,540.69.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 8,380.74.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 698.40 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 98.35 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $796.75 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,449.48 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 17-03939 |
| Franceli Salgado, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On September 29, 2020 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Franceli Salgado | Tom Vaughn |
| 2342 N Springfield Ave | 55 E. Monroe Street, Suite 3850 |
| Chicago, IL 60647-2220 | Chicago, IL 60603 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| David Ratowitz | Patrick S Layng |
| Ratowitz Law Group | Office of the U.S. Trustee, Region 11 |
| 4809 N. Ravenswood #227 | 219 S Dearborn St |
| Chicago, IL 60640 | Room 873 |
| | Chicago, IL 60604 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2020 at Santa Ana, California

/*s / Michaela S Rice*
Michaela S Rice

2
CERTIFICATE OF SERVICE